# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

136316 & (72)(73)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOHN ANTHONY ADAMS,
        Defendant-Appellant.

SC: 136316
COA: 272751
Oakland CC: 2005-201551-FH

_____/

On order of the Court, the motions for miscellaneous relief are GRANTED. The application for leave to appeal the January 24, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand to the Court of Appeals is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

0217

_____
Clerk